# EXHIBIT B

# Conversation with "Christopher 7-28-22

[00:00:00] **Joe:** Hello, my friend. I need to be able to make I need to make this final payment that I've offered. Okay? And that's it. And I need to make it myself. You're welcome to acompany, to the bank you want.

[00:00:26] **Joe:** But I wanna spend the rest of the day with you as possible on the extraordinary events that are following. Okay. Which will include bank of America and so forth. I've got the AR (account receivable) team queued up to meet just after somewhere after this call shortly. And that, that will occur you're welcome to join me for any or all parts of this.

[00:00:50] **Joe:** Okay. But If you need the, some additional confidence on this stuff Christopher would like to talk with you if you would like he's standing by.[00:01:00]

[00:01:00] **Max:** Yeah, sure. It'd be good to talk with him.

[00:01:01] **Joe:** Max. Yeah, I've got Christopher on the line. Say hi.

[00:01:06] **Max:** Hi Christopher.

[00:01:09] **Christopher:** Hi, max marmer. How are you doing ?

[00:01:12] **Max:** I'm good.

[00:01:13] **Max:** It's good to meet you.

[00:01:14] **Joe:** I would like to introduce Max Marmer to you. Christopher, max is a genius has written a brilliant book on entrepreneurialism in the 21st century.

[00:01:23] **Joe:** And as a result of his successful ventures of his own creation he has Studied the traditions of excellent business in HIGH TECH at the leading end, and up to know what the hell's going on currently. And is also deeply familiar with the philosophical traditions such as, the Ken Wilber and the Integral Group.

[00:01:47] **Joe:** That was one of his, our common inspirations and and some of the greatest spiritual traditions of our era. And so I consider him an extremely refined Individual and and someone I'd like to to, and I [00:02:00] have asked to work with me in the, government to private sector interface with science invents on our major capital campaign to commence.

[00:02:10] **Joe:** And both of us are kind of anxious to get going, but max is an awfully great guy and he's really helped us with his interim bridge capital required to get ….. Christopher, would you like to characterize what the, what's going on with regard to me?

[00:02:23] **Christopher:** You are a national treasurer, so we have to protect you at all cost.

[00:02:28] **Christopher:** Now, max, you just need to understand that you are with the best person ever and you'll guide you because this U F O is very big right now and we have an expenditure that we will be giving Joe

[00:02:48] **Max:** , an expenditure? ? ,

[00:02:48] **Joe:** if you clarify listen, max, can you hear okay?

[00:02:51] **Max:** Yeah.

[00:02:52] **Joe:** Okay. Go ahead please.

[00:02:59] **Christopher:** Can you hear me [00:03:00] now? Yes. Yes.

[00:03:01] **Christopher:** That's much better. Oh, okay.

[00:03:03] **Christopher:** Because there's a lot of money that we will be pumping into Joe.

[00:03:08] **Max:** Okay. Yeah, I understand.

[00:03:15] **Christopher:** Now all you need to do is you and Joseph will be partners, so you guys need to work together..In God, we trust!

[00:03:24] **Christopher:** I work at a special part

[00:03:27] **Christopher:** of the government.

[00:03:28] **Christopher:** Okay. Special sector.

because what you need to understand Max, is that the Cutler Boys damaged Joseph's name in a lot of things, so we have to be cleaning up everything. So once he enters DC

[00:03:47] **Christopher:** everything will be smooth. His background will be clean once again.

[00:03:51] **Joe:** Alright.

[00:03:53] **Max:** Yeah, that's good to hear.

[00:03:53] **Max:** I know they've done, they've caused a lot of hardship in his life.

[00:03:58] **Joe:** A lot a. [00:04:00]

[00:04:00] **Christopher:** They took loans on his name without ..., I don't know how they did all of this. They did a lot though. But Joseph is on a clear path right now and everything's set and it's ready. Time is of essence. Time is money.

[00:04:19] **Christopher:** An opportunity comes once in a lifetime.

74

[00:04:26] **Joe:** Just go

[00:04:27] **Christopher:** what else you and Joseph will be doing further today? What? What are you guys up to for today?

[00:04:32] **Joe:** What we'd like to do mainly is start spending money and also max is well aware of the priorities, residents, ship, lab, the budget. And what he and I are particularly anxious to get going with is to flip the switch on for large scale industrial alliance financing.

[00:04:50] **Joe:** And I just have high confidence. All drive confidence in Max's discipline. His follow up skills are excellent and relationship management are [00:05:00] excellent. And so I, I feel comfortable giving him my two top 2000 leads and working with him through the closing process. Rapid fire I'd like to see, you could

[00:05:08] **Christopher:** also give him, you could also give him my number.

[00:05:13] **Joe:** I will have your, I'll give you your cell number with your permission. Okay. And now Max Yeah. Please understand the nature of government operations in sensitive areas. There are oftentimes shall we say, multiple people representing one office. Okay? It is necessary for protection of high level of individuals in government and which is right?

[00:05:37] **Joe:** That is right. If you happen to hear several Christophers get it, Max. Okay. Please get it.

[00:05:47] **Max:** Yeah, I understand what you're saying.

[00:05:49] **Joe:** Do you understand what we're saying?

[00:05:50] **Max:** I do.

[00:05:52] **Joe:** Okay. All right. Now this day marks a transition of a private sector. Let's help fix J P F, okay. [00:06:00] Into the what we all want.

[00:06:02] **Joe:** Clean landing in DC where I entered the stage as if all of this was a me background investigation that worked out well after career service from the private sector. That's how this is to be cast, and I'm sure you'd agree, max, that's how it should be because that's the way it should have been.

[00:06:20] **Joe:** That not been for the messes made by Fugal and the Cutler Boys.

[00:06:24] **Max:** I understand that. That angle and that's good public

[00:06:28] **Max:** relations

[00:06:29] **Christopher:** to please

[00:06:29] **Christopher:** help him clear up his 2021 obligation

[00:06:34] **Christopher:** with the government. Okay.

[00:06:37] **Max:** And what's the remaining 2021 obligation?

[00:06:42] **Christopher:** Can you explain it ?

[00:06:43] **Christopher:** Because you

[00:06:43] **Christopher:** don't have a lot of time.

[00:06:46] **Joe:** Listen that all I said is that proposed 30 grand. These people of in the private sector, sub component here helped me out a lot. And I wanna, I want every single checkbox, optically and functionally to be [00:07:00] perfected. And what I've told Christopher is that that, I will put a final 30 K in clean out in 2021 and that's it.

[00:07:07] **Joe:** And he's assured me that will provide me the final clearance to get access to deploy funds that have been allocated. And that's, that $216 million is a good start for a 25 year old startup that ain't a startup.

[00:07:22] **Max:** Yeah. How do you know that number won't increase? Christopher? At one point we heard it was 125[k], then you brought it down to 40[k].

[00:07:29] **Max:** And so I'm curious, given there's another 20 or 30 on the table, how do we know it won't increase?

[00:07:35] **Christopher:** Really Max. The amount is the 125, but Joey's begging us in pleading for us to see with you guys,

[00:07:45] **Christopher:** but really that is the figure. So if you

[00:07:48] **Christopher:** were to get the amount, it would be very good on

[00:07:52] **Christopher:** your

[00:07:52] **Christopher:** end.

[00:07:54] **Christopher:** You'll be all of what you spent will be reimbursed with the interest.

[00:07:58] **Christopher:** and you'll [00:08:00] be appointed

[00:08:01] **Joe:** this is painful enough guys… So let's not go there. It's 30. We agreed. Agree Christopher?

[00:08:16] **Christopher:** Oh my god, Joe. Yes. Okay. Agreed. Agreed.

[00:08:20] **Joe:** Yes. Now let's all make a gentleman's permanent agreement. It's 30 K and you know that the allocated a budget for any remaining balance that is due to the private sector service and spend done that needs to be paid, will be paid. But let's get on with.

[00:08:38] **Joe:** Real business because we cannot afford one more business day delay. We can't. So let's move now. Okay. Christopher, I know you agree with that, max. I know you know that on the ground. Okay. We

77

cannot wait one more day. So I'm [00:09:00] counting on this agreement. Okay. Everybody.

[00:09:06] **Max:** Yeah. Is there anything else you'd like to share, Christopher?

[00:09:09] **Joe:** Okay. We've got problems in Eurasia and the Space Force needs an upgrade. And Max and I will share with you some of the briefings that I've given as long as Christopher's Okay. With that. Some of the briefings that I've given over past months that have been fairly useful to the administration and And so you'll understand the, the kind of advice that I have given our government for a long time.

[00:09:33] **Joe:** And I know it's highly respected. It's one of the reasons why this is very urgent. 'cause one of the very few things that can stop World War III is this. Okay, let's change the headlines folks. That's something inspirational.

[00:09:52] **Joe:** Christopher, anything on your side? Other than emergency. Okay. I'll call you

[00:09:58] **Joe:** back. I'll call you back. [00:10:00] Thank you.