AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Utah

| | |
|---|---|
| MAX MARMER, an individual, JONATHAN RONCA, an individual, JOSEPH REISS, an individual, BRANDON BOZARTH, an individual, STANLEY DAWEJKO, an individual, MICHAEL POLE, an individual, and MULTIDIMENSIONAL CAPITAL, a<br>*Plaintiff(s)*<br>v.<br>JOSEPH P. FIRMAGE, an individual, ROBERT A. RICHARDS, an individual, KENNETH E. WILBER, an individual, COLIN BIGELOW, an individual, PAULA COLLINS, a.k.a. Paulette Collins, an individual, VIRGINIA MENLOVE, an individual, JAIRO TORO,<br>*Defendant(s)* | Civil Action No. 2:23-cv-00580 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Motion Physics LLC
1146 E Harvard Ave
Salt Lake City, UT 84105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew Deiss
Deiss Law, PC
10 West 100 South, #700
Salt Lake City, UT 84101
T:810-433-0226

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P Serdar
*CLERK OF COURT*

Date: 09/14/2023



*Signature of Clerk or Deputy Clerk*

# RETURN OF SERVICE
# INDIVIDUAL/PERSONAL

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| For:<br>Deiss Law<br>10 W 100 S Ste 425<br>Salt Lake City UT 84101 | **MAX MARMER, JONATHAN RONCA, JOSEPH REISS, BRANDON BOZARTH, STANLEY DAWEJKO, MICHAEL POLE, MULTIDIMENSIONAL CAPITAL**,<br>PLAINTIFF<br>VS<br>**JOSEPH P FIRMAGE, ROBERT A RICHARDS, KENNETH E WILBER, COLIN BIGELOW, PAULA COLLINS AKA PAULETTE COLLINS, VIRGINIA MENLOVE, JAIRO TARO**, |

I, **Austin Tuttle,** state:

On **9/21/2023** at **6:52:18 PM**, I served the following: **Summons In A Civil Action, Complaint** for **MOTION PHYSICS LLC** at **1146 E HARVARD AVE, SALT LAKE CITY, UT 84105.**

By delivering a true copy of each to **MOTION PHYSICS LLC**, *personally*. I told **MOTION PHYSICS LLC** to review the documents carefully and follow any included instructions.

Served at following GPS coordinates, Lat: 40.738773 Long: -111.852867

I declare under criminal penalty of the State of Utah that I am over the age of 18, have no interest in the above action, and that the foregoing is true and correct. Executed on the date below.

X_____
**Austin Tuttle     09/22/2023**

Job #: 2305006
Service Fee: $59.00



Wasatch Constables, 176 N 2200 W STE 240, SALT LAKE CITY, UT 84116-2916

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Utah

| | |
|---|---|
| MAX MARMER, an individual, JONATHAN RONCA, an individual, JOSEPH REISS, an individual, BRANDON BOZARTH, an individual, STANLEY DAWEJKO, an individual, MICHAEL POLE, an individual, and MULTIDIMENSIONAL CAPITAL, a<br>*Plaintiff(s)*<br>v.<br>JOSEPH P. FIRMAGE, an individual, ROBERT A. RICHARDS, an individual, KENNETH E. WILBER, an individual, COLIN BIGELOW, an individual, PAULA COLLINS, a.k.a. Paulette Collins, an individual, VIRGINIA MENLOVE, an individual, JAIRO TORO,<br>*Defendant(s)* | Civil Action No. 2:23-cv-00580 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Science Invents LLC
1146 E Harvard Ave
Salt Lake City, UT 84105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Andrew Deiss
Deiss Law, PC
10 West 100 South, #700
Salt Lake City, UT 84101
T:810-433-0226

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P Serdar
*CLERK OF COURT*

Date: 09/14/2023

*Signature of Clerk or Deputy Clerk*

# RETURN OF SERVICE
# INDIVIDUAL/PERSONAL

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

For:
Deiss Law
10 W 100 S Ste 425
Salt Lake City UT 84101

**MAX MARMER, JONATHAN RONCA, JOSEPH REISS, BRANDON BOZARTH, STANLEY DAWEJKO, MICHAEL POLE, MULTIDIMENSIONAL CAPITAL**,
PLAINTIFF

VS

**JOSEPH P FIRMAGE, ROBERT A RICHARDS, KENNETH E WILBER, COLIN BIGELOW, PAULA COLLINS AKA PAULETTE COLLINS, VIRGINIA MENLOVE, JAIRO TARO**,

I, **Austin Tuttle,** state:

On **9/21/2023** at **6:51:27 PM**, I served the following: **Summons In A Civil Action, Complaint** for **SCIENCE INVENTS LLC** at **1146 E HARVARD AVE, SALT LAKE CITY, UT 84105.**

By delivering a true copy of each to **SCIENCE INVENTS LLC**, *personally*. I told **SCIENCE INVENTS LLC** to review the documents carefully and follow any included instructions.

I declare under criminal penalty of the State of Utah that I am over the age of 18, have no interest in the above action, and that the foregoing is true and correct. Executed on the date below.

Served at following GPS coordinates, Lat: 40.738773 Long: -111.852867

X_____
**Austin Tuttle     09/22/2023**

Job #: 2305007
Service Fee: $25.00



Wasatch Constables, 176 N 2200 W STE 240, SALT LAKE CITY, UT 84116-2916

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Utah

MAX MARMER, an individual, JONATHAN RONCA, an individual, JOSEPH REISS, an individual, BRANDON BOZARTH, an individual, STANLEY DAWEJKO, an individual, MICHAEL POLE, an individual, and MULTIDIMENSIONAL CAPITAL, a

*Plaintiff(s)*

v.

JOSEPH P. FIRMAGE, an individual, ROBERT A. RICHARDS, an individual, KENNETH E. WILBER, an individual, COLIN BIGELOW, an individual, PAULA COLLINS, a.k.a. Paulette Collins, an individual, VIRGINIA MENLOVE, an individual, JAIRO TORO,

*Defendant(s)*

Civil Action No. 2:23-cv-00580

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ManyOne LLC
1146 E Harvard Ave
Salt Lake City, UT 84105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Andrew Deiss
Deiss Law, PC
10 West 100 South, #700
Salt Lake City, UT 84101
T:810-433-0226

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Gary P Serdar
*CLERK OF COURT*

Date: 09/14/2023

*Signature of Clerk or Deputy Clerk*

# RETURN OF SERVICE
# INDIVIDUAL/PERSONAL

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

**MAX MARMER, JONATHAN RONCA, JOSEPH REISS, BRANDON BOZARTH, STANLEY DAWEJKO, MICHAEL POLE, MULTIDIMENSIONAL CAPITAL,**
PLAINTIFF

VS

**JOSEPH P FIRMAGE, ROBERT A RICHARDS, KENNETH E WILBER, COLIN BIGELOW, PAULA COLLINS AKA PAULETTE COLLINS, VIRGINIA MENLOVE, JAIRO TARO,**

For:
Deiss Law
10 W 100 S Ste 425
Salt Lake City UT 84101

I, **Austin Tuttle,** state:

On **9/21/2023** at **6:50:43 PM**, I served the following: **Summons In A Civil Action, Complaint** for **MANYONE LLC** at **1146 E HARVARD AVE, SALT LAKE CITY, UT 84105.**

By delivering a true copy of each to **MANYONE LLC**, *personally*. I told **MANYONE LLC** to review the documents carefully and follow any included instructions.

Served at following GPS coordinates, Lat: 40.738773 Long: -111.852867

I declare under criminal penalty of the State of Utah that I am over the age of 18, have no interest in the above action, and that the foregoing is true and correct. Executed on the date below.

X_____
**Austin Tuttle     09/22/2023**

Job #: 2305008
Service Fee: $25.00



Wasatch Constables, 176 N 2200 W STE 240, SALT LAKE CITY, UT 84116-2916

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Utah

| | |
|---|---|
| MAX MARMER, an individual, JONATHAN RONCA, an individual, JOSEPH REISS, an individual, BRANDON BOZARTH, an individual, STANLEY DAWEJKO, an individual, MICHAEL POLE, an individual, and MULTIDIMENSIONAL CAPITAL, a<br>*Plaintiff(s)*<br>v.<br>JOSEPH P. FIRMAGE, an individual, ROBERT A. RICHARDS, an individual, KENNETH E. WILBER, an individual, COLIN BIGELOW, an individual, PAULA COLLINS, a.k.a. Paulette Collins, an individual, VIRGINIA MENLOVE, an individual, JAIRO TORO,<br>*Defendant(s)* | Civil Action No. 2:23-cv-00580 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Academy of Science and Arts LLC
1146 E Harvard Ave
Salt Lake City, UT 84105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Andrew Deiss
Deiss Law, PC
10 West 100 South, #700
Salt Lake City, UT 84101
T:810-433-0226

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Gary P Serdar
*CLERK OF COURT*

Date: 09/14/2023

*Signature of Clerk or Deputy Clerk*

# RETURN OF SERVICE
# INDIVIDUAL/PERSONAL

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

For:
Deiss Law
10 W 100 S Ste 425
Salt Lake City UT 84101

**MAX MARMER, JONATHAN RONCA, JOSEPH REISS, BRANDON BOZARTH, STANLEY DAWEJKO, MICHAEL POLE, MULTIDIMENSIONAL CAPITAL**,
PLAINTIFF

VS

**JOSEPH P FIRMAGE, ROBERT A RICHARDS, KENNETH E WILBER, COLIN BIGELOW, PAULA COLLINS AKA PAULETTE COLLINS, VIRGINIA MENLOVE, JAIRO TARO**,

I, **Austin Tuttle,** state:

On **9/21/2023** at **6:49:29 PM**, I served the following: **Summons In A Civil Action, Complaint** for **ACADEMY OF SCIENCE & ARTS LLC** at **1146 E HARVARD AVE, SALT LAKE CITY, UT 84105.**

By delivering a true copy of each to **ACADEMY OF SCIENCE & ARTS LLC**, *personally*. I told **ACADEMY OF SCIENCE & ARTS LLC** to review the documents carefully and follow any included instructions.

I declare under criminal penalty of the State of Utah that I am over the age of 18, have no interest in the above action, and that the foregoing is true and correct. Executed on the date below.

Served at following GPS coordinates, Lat: 40.738797 Long: -111.852865

X_____
**Austin Tuttle     09/22/2023**

Job #: 2305010
Service Fee: $25.00



Wasatch Constables, 176 N 2200 W STE 240, SALT LAKE CITY, UT 84116-2916

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | |
|---|---|
| MAX MARMER, an individual, JONATHAN RONCA, an individual, JOSEPH REISS, an individual, BRANDON BOZARTH, an individual, STANLEY DAWEJKO, an individual, MICHAEL POLE, an individual, and MULTIDIMENSIONAL CAPITAL, a<br>*Plaintiff(s)*<br>v.<br>JOSEPH P. FIRMAGE, an individual, ROBERT A. RICHARDS, an individual, KENNETH E. WILBER, an individual, COLIN BIGELOW, an individual, PAULA COLLINS, a.k.a. Paulette Collins, an individual, VIRGINIA MENLOVE, an individual, JAIRO TORO,<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:23-cv-00580<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* InterNASA LLC
1146 E Harvard Ave
Salt Lake City, UT 84105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Andrew Deiss
Deiss Law, PC
10 West 100 South, #700
Salt Lake City, UT 84101
T:810-433-0226

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Gary P Serdar
*CLERK OF COURT*

Date: 09/14/2023

*Signature of Clerk or Deputy Clerk*

# RETURN OF SERVICE
# INDIVIDUAL/PERSONAL

United States District Court
District of Utah

For:
Deiss Law
10 W 100 S Ste 425
Salt Lake City UT 84101

**MAX MARMER, JONATHAN RONCA, JOSEPH REISS, BRANDON BOZARTH, STANLEY DAWEJKO, MICHAEL POLE, MULTIDIMENSIONAL CAPITAL**,
PLAINTIFF

VS

**JOSEPH P FIRMAGE, ROBERT A RICHARDS, KENNETH E WILBER, COLIN BIGELOW, PAULA COLLINS AKA PAULETTE COLLINS, VIRGINIA MENLOVE, JAIRO TARO**,

I, **Austin Tuttle,** state:

On **9/21/2023** at **6:47:18 PM**, I served the following: **Summons In A Civil Action, Complaint** for **INTERNASA LLC** at **1146 E HARVARD AVE, SALT LAKE CITY, UT 84105.**

By delivering a true copy of each to **INTERNASA LLC**, *personally*. I told **INTERNASA LLC** to review the documents carefully and follow any included instructions.

I declare under criminal penalty of the State of Utah that I am over the age of 18, have no interest in the above action, and that the foregoing is true and correct. Executed on the date below.

Served at following GPS coordinates, Lat: 40.738797 Long: -111.852865

X_____
**Austin Tuttle    09/22/2023**

Job #: 2305011
Service Fee: $25.00



Wasatch Constables, 176 N 2200 W STE 240, SALT LAKE CITY, UT 84116-2916

# UNITED STATES DISTRICT COURT
for the

District of Utah

| | |
|---|---|
| MAX MARMER, an individual, JONATHAN RONCA, an individual, JOSEPH REISS, an individual, BRANDON BOZARTH, an individual, STANLEY DAWEJKO, an individual, MICHAEL POLE, an individual, and MULTIDIMENSIONAL CAPITAL, a<br>*Plaintiff(s)*<br>v.<br>JOSEPH P. FIRMAGE, an individual, ROBERT A. RICHARDS, an individual, KENNETH E. WILBER, an individual, COLIN BIGELOW, an individual, PAULA COLLINS, a.k.a. Paulette Collins, an individual, VIRGINIA MENLOVE, an individual, JAIRO TORO,<br>*Defendant(s)* | Civil Action No. 2:23-cv-00580 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Joseph P. Firmage
1146 E Harvard Ave
Salt Lake City, UT 84105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Andrew Deiss
Deiss Law, PC
10 West 100 South, #700
Salt Lake City, UT 84101
T:810-433-0226

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Gary P Serdar
*CLERK OF COURT*

Date: 09/14/2023

*Signature of Clerk or Deputy Clerk*

# RETURN OF SERVICE
# INDIVIDUAL/PERSONAL

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

For:
Deiss Law
10 W 100 S Ste 425
Salt Lake City UT 84101

**MAX MARMER, JONATHAN RONCA, JOSEPH REISS, BRANDON BOZARTH, STANLEY DAWEJKO, MICHAEL POLE, MULTIDIMENSIONAL CAPITAL**, PLAINTIFF

VS

**JOSEPH P FIRMAGE, ROBERT A RICHARDS, KENNETH E WILBER, COLIN BIGELOW, PAULA COLLINS AKA PAULETTE COLLINS, VIRGINIA MENLOVE, JAIRO TARO**,

I, **Austin Tuttle,** state:

On **9/21/2023** at **6:46:12 PM**, I served the following: **Summons In A Civil Action, Complaint** for **JOSEPH P FIRMAGE** at **1146 E HARVARD AVE, SALT LAKE CITY, UT 84105.**

By delivering a true copy of each to **VIRGINIA MENLOVE**, *personally*. I told **VIRGINIA MENLOVE** to review the documents carefully and follow any included instructions.

I declare under criminal penalty of the State of Utah that I am over the age of 18, have no interest in the above action, and that the foregoing is true and correct. Executed on the date below.

Served at following GPS coordinates, Lat: 40.738797 Long: -111.852865

X_____
**Austin Tuttle     09/22/2023**

Job #: 2305012
Service Fee: $25.00



Wasatch Constables, 176 N 2200 W STE 240, SALT LAKE CITY, UT 84116-2916

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Utah

| | |
|---|---|
| MAX MARMER, an individual, JONATHAN RONCA, an individual, JOSEPH REISS, an individual, BRANDON BOZARTH, an individual, STANLEY DAWEJKO, an individual, MICHAEL POLE, an individual, and MULTIDIMENSIONAL CAPITAL, a<br>*Plaintiff(s)*<br>v.<br>JOSEPH P. FIRMAGE, an individual, ROBERT A. RICHARDS, an individual, KENNETH E. WILBER, an individual, COLIN BIGELOW, an individual, PAULA COLLINS, a.k.a. Paulette Collins, an individual, VIRGINIA MENLOVE, an individual, JAIRO TORO,<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:23-cv-00580<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Virginia Menlove
1146 E Harvard Ave
Salt Lake City, UT 84105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Andrew Deiss
Deiss Law, PC
10 West 100 South, #700
Salt Lake City, UT 84101
T:810-433-0226

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Gary P Serdar
*CLERK OF COURT*

Date: 09/14/2023

*Signature of Clerk or Deputy Clerk*

# RETURN OF SERVICE
# INDIVIDUAL/PERSONAL

United States District Court
District of Utah

For:
Deiss Law
10 W 100 S Ste 425
Salt Lake City UT 84101

**MAX MARMER, JONATHAN RONCA, JOSEPH REISS, BRANDON BOZARTH, STANLEY DAWEJKO, MICHAEL POLE, MULTIDIMENSIONAL CAPITAL,**
PLAINTIFF

VS

**JOSEPH P FIRMAGE, ROBERT A RICHARDS, KENNETH E WILBER, COLIN BIGELOW, PAULA COLLINS AKA PAULETTE COLLINS, VIRGINIA MENLOVE, JAIRO TARO,**

I, **Austin Tuttle,** state:

On **9/21/2023** at **6:45:23 PM**, I served the following: **Summons In A Civil Action, Complaint** for **VIRGINIA MENLOVE** at **1146 E HARVARD AVE, SALT LAKE CITY, UT 84105.**

By delivering a true copy of each to **VIRGINIA MENLOVE**, *personally*. I told **VIRGINIA MENLOVE** to review the documents carefully and follow any included instructions.

I declare under criminal penalty of the State of Utah that I am over the age of 18, have no interest in the above action, and that the foregoing is true and correct. Executed on the date below.

Served at following GPS coordinates, Lat: 40.738797 Long: -111.852865

X_____
**Austin Tuttle     09/22/2023**

Job #: 2305013
Service Fee: $59.00



Wasatch Constables, 176 N 2200 W STE 240, SALT LAKE CITY, UT 84116-2916

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Utah

MAX MARMER, an individual, JONATHAN RONCA, an individual, JOSEPH REISS, an individual, BRANDON BOZARTH, an individual, STANLEY DAWEJKO, an individual, MICHAEL POLE, an individual, and MULTIDIMENSIONAL CAPITAL, a
*Plaintiff(s)*

v.

JOSEPH P. FIRMAGE, an individual, ROBERT A. RICHARDS, an individual, KENNETH E. WILBER, an individual, COLIN BIGELOW, an individual, PAULA COLLINS, a.k.a. Paulette Collins, an individual, VIRGINIA MENLOVE, an individual, JAIRO TORO,
*Defendant(s)*

Civil Action No. 2:23-cv-00580

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ManyOne World, LLC
1146 E Harvard Ave
Salt Lake City, UT 84105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Andrew Deiss
Deiss Law, PC
10 West 100 South, #700
Salt Lake City, UT 84101
T:810-433-0226

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Gary P Serdar
*CLERK OF COURT*

Date: 09/14/2023

*Signature of Clerk or Deputy Clerk*

# RETURN OF SERVICE
# INDIVIDUAL/PERSONAL

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

For:
Deiss Law
10 W 100 S Ste 425
Salt Lake City UT 84101

**MAX MARMER, JONATHAN RONCA, JOSEPH REISS, BRANDON BOZARTH, STANLEY DAWEJKO, MICHAEL POLE, MULTIDIMENSIONAL CAPITAL,**
PLAINTIFF

VS

**JOSEPH P FIRMAGE, ROBERT A RICHARDS, KENNETH E WILBER, COLIN BIGELOW, PAULA COLLINS AKA PAULETTE COLLINS, VIRGINIA MENLOVE, JAIRO TARO,**

I, **Austin Tuttle,** state:

On **09/21/2023** at **6:50 PM**, I served the following: **Summons In A Civil Action, Complaint** for **MANYONE WORLD LLC** at **1146 E HARVARD AVE, SALT LAKE CITY, UT 84105.**

By delivering a true copy of each to **MANYONE WORLD LLC**, *personally*. I told **MANYONE WORLD LLC** to review the documents carefully and follow any included instructions.

I declare under criminal penalty of the State of Utah that I am over the age of 18, have no interest in the above action, and that the foregoing is true and correct. Executed on the date below.

X_____
**Austin Tuttle       09/28/2023**

Job #: 2305009
Service Fee: $25.00



Wasatch Constables, 176 N 2200 W STE 240, SALT LAKE CITY, UT 84116-2916