UNITED STATES DISTRICT COURT
for the
District of Utah

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

OCT 06 2023

GARY P. SERDAR
CLERK OF COURT

BY_____
DEPUTY CLERK

MAX MARMER, an individual, JONATHAN RONCA, an individual, JOSEPH REISS, an individual, BRANDON BOZARTH, an individual, STANLEY DAWEJKO, an individual, MICHAE POLE, an individual, and MULTIDIMENSIONAL CAPITAL

Plaintiffs,

vs.

JOSEPH P. FIRMAGE, an individual, ROBERT A. RICHARDS, an individual, KENNETH E. WILBER, an individual, COLIN BIGELOW, an individual, PAULA COLLINS a.k.a. Paulette Collins, an individual, VIRGINIA MENLOVE, an individual, JAIRO TORO

Defendants.

Civil Action No. 2:23-cv-00580

### RESPONSE OF PAULA DEANNE COLLINS

COMES NOW Paula Deanne Collins and shows this Honorable Court the following:

1. I was served a Summons in this case at my residence at 1826 Brogdon Street, Savannah, Georgia, 31406 on September 27, 2023.

2. My name is Paula Deanne Collins and I am not the "Paula Collins a.k.a. Paulette Collins" named as a Defendant in this case.

3. I do not know any of the parties named in this case.

4. I have no knowledge of any of the details or events in this case.

5. I categorically deny all allegations in the Complaint and deny any wrongdoing and ask that I be completely removed from this case.

Respectfully submitted this 2nd day of October, 2023.

*Paula Deanne Collins*
PAULA DEANNE COLLINS

1826 Brogdon Street
Savannah, Georgia, 31406
Collinspc87@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing upon all parties to this matter via ELECTRONIC STATUTORY SERVICE and/or via e-mail to the following:

Andrew Deiss<br>
Deiss Law, PC<br>
10 West 100 South #700<br>
Salt Lake City, UT 84101<br>
deiss@deisslaw.com

Respectfully submitted this 2nd day of October, 2023.

PAULA DEANNE COLLINS

1826 Brogdon Street
Savannah, Georgia, 31406
Collinspc87@gmail.com