# RETURN OF SERVICE
# INDIVIDUAL/PERSONAL

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

For:
Deiss Law
10 W 100 S Ste 425
Salt Lake City UT 84101

**MAX MARMER, JONATHAN RONCA, JOSEPH REISS, BRANDON BOZARTH, STANLEY DAWEJKO, MICHAEL POLE, MULTIDIMENSIONAL CAPITAL**,
PLAINTIFF

VS

**JOSEPH P FIRMAGE, ROBERT A RICHARDS, KENNETH E WILBER, COLIN BIGELOW, PAULA COLLINS AKA PAULETTE COLLINS, VIRGINIA MENLOVE, JAIRO TARO**,

I, **Annette Mackris,** state:

On **9/30/2023** at **4:39:39 PM**, I served the following: **Summons In A Civil Action, Complaint** for **JAIRO TORO** at **NEW: 147 E EMBERLY LN #15, SALT LAKE CITY, UT 84107.**

By delivering a true copy of each to **JAIRO TORO**, *personally*. I told **JAIRO TORO** to review the documents carefully and follow any included instructions.

I declare under criminal penalty of the State of Utah that I am over the age of 18, have no interest in the above action, and that the foregoing is true and correct. Executed on the date below.

**Comments:**
385-434-8328

Served at following GPS coordinates, Lat: 40.651448 Long: -111.887910

X_____
**Annette Mackris     10/04/2023**

Job #: 2305005
Service Fee: $74.00



Wasatch Constables, 176 N 2200 W STE 240, SALT LAKE CITY, UT 84116-2916